**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>GARY D. HOLCOMB and<br>MICHELLE E. HOLCOMB,<br><br>Respondents. | )<br>)<br>)<br>)  CV 09-679-PHX-JAT<br>)<br>)<br>)<br>)  **ORDER TO SHOW CAUSE**<br>)<br>)<br>) |

Upon consideration of the Petition to Enforce Internal Revenue Service Summonses, the Motion for Order to Show Cause, and the Declarations of Norman Jensen,

**It is ORDERED** that Respondents Gary D. Holcomb and Michelle E. Holcomb appear before the District Court of the United States for the District of Arizona in that branch presided over by the Honorable James A. Teilborg, the undersigned, in the United States Courthouse, 401 W. Washington, Phoenix, Arizona, on Monday, May 18, 2009, at 10:30 a.m., to show cause why Respondents should not be compelled to comply with the Internal Revenue Service Summonses served on Respondents Gary D. Holcomb and Michelle E. Holcomb by Revenue Officer Norman Jensen; accordingly, the Motion for Show Cause Hearing (Doc. # 3) is hereby granted.

**IT IS FURTHER ORDERED** that a copy of this order, together with one copy each of the Petition to Enforce Internal Revenue Service Summonses, the Motion for Order to Show Cause, and the proposed Order Enforcing Summonses, shall be personally served on Respondents by an official of the Internal Revenue Service on or before April 20, 2009.

**IT IS FURTHER ORDERED** that Respondents shall file with the Clerk of the Court and serve on the United States Attorney a written response to the petition on or before May 4, 2009.  Any defenses to the petition or motion Respondents desire to make in opposition to the petition shall be made in this written response and shall be supported by appropriate affidavits.  Only those issues raised by motion or brought into controversy by the responsive pleading shall be considered by the Court and any uncontested allegations in the petition shall be deemed admitted.

**IT IS FINALLY ORDERED** that Petitioner shall file with the Clerk of the Court and serve on Respondents a written reply on or before May 11, 2009.

DATED this 6th day of April, 2009.

James A. Teilborg
United States District Judge